IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERMAN CRAWFORD                                                                        PLAINTIFF

v.                                         4:13CV00653-BSM-JTK

ASHLEY COUNTY DETENTION
FACILITY, et al.                                                                       DEFENDANTS

**ORDER**

By Order dated December 4, 2013 (Doc. No. 7), this Court granted Plaintiff's Motion to Proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 11). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendants Johnson, Oliver, Hughs, Whitfield, and Woods. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Johnson, Oliver, Hughs, Whitfield, and Woods. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 11) and summons on Defendants without prepayment of fees and costs or security therefore.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

IT IS FURTHER ORDERED that Plaintiff's Motion for Issuance of Subpoena (Doc. No. 10) is DENIED without prejudice. After the Defendants file an Answer, Plaintiff may request documents by filing a Request for Production from the Defendants.

IT IS SO ORDERED this 13th day of December, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE