IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERMAN CRAWFORD                                                     PLAINTIFF

v.                  CASE NO. 4:13CV00653 BSM

ASHLEY COUNTY DETENTION CENTER et al.          DEFENDANTS

### ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that defendants Ashley County Detention Center, Smith, Price, Pollock, Carter, Davidson, Elderidge, and Rogers be dismissed from this action for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 31st day of December 2013.

_____
UNITED STATES DISTRICT JUDGE