**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SHERMAN CRAWFORD,**                                                                **PLAINTIFF**
**ADC #156487**

**v.**                            **CASE NO: 4:13CV00653 BSM**

**ASHLEY COUNTY DETENTION**
**CENTER et al.**                                                                            **DEFENDANTS**

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that defendants' motion for summary judgment [Doc. No. 42] is granted and Sherman Crawford's complaint is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November 2014.

_____
UNITED STATES DISTRICT JUDGE